**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ THIRC_____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: GUSTAVO ANGARITA    JOINT DEBTOR: YADIRA ANGARITA    CASE NO.: 14-36584-BKC-LMI

SS#: xxx-xx- 0171    SS#: xxx-xx-9559

**I.    NOTICES**

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A.    **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,937.54    for months  1  to  53 ;
2. $351.46      for months  53 to  60 ;
3. $0.00        for months ___ to ___ ;

B.    **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5380.00 | Total Paid: | $3500.00 | Balance Due: | $1880.00 |
|---|---|---|---|---|---|
| Payable | $38.33 | /month (Months 1 to 60 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor fees for representing debtor $3,500.00
Mortgage Modification fees subject to court approval of debtor's plan $1,880.00
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.    TREATMENT OF SECURED CLAIMS**

A.    **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Seterus, Inc.
   Address: P.O. Box 11790    Arrearage/ Payoff on Petition Date    MMM
            Richmond, VA  23286    MMM TPP Temporary Payment    $1,409.55 /month (Months 1 to 53 )

   Last 4 Digits of
   Account No.:    2416

Other: Claim No 6 - Trial modification debtor is paying directly to creditor.

☒ Real Property                                Check one below for Real Property:
   ☐ Principal Residence                       ☒ Escrow is included in the regular payments
   ☒ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3021 S.W. 154 Place
Miami, Florida   33185

☐ Personal Property/Vehicle

Description of Collateral: single family house

2. Creditor: Venetian Isles Master Association
             c/o Jeffrey Berkowitz, Esquire

   Address: 201 Alhambra Circle,        Arrearage/ Payoff on Petition Date  _____
            Eleventh Floor
            Coral Gables, Florida        Regular Payment (Maintain)     $166.67   /month (Months  1  to  60  )
            33134

   Last 4 Digits of
   Account No.: _____

Other: Claim No. 5

☒ Real Property                                Check one below for Real Property:
   ☐ Principal Residence                       ☐ Escrow is included in the regular payments
   ☒ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3021 S.W. 154 Place
Miami, Florida   33185

☐ Personal Property/Vehicle

Description of Collateral: Single Family House

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☐ NONE
   ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | JPMorgan Chase Bank, N.A. c/o Kahane & Associates, P.A. 8201 Peters Road, Ste 3000 Plantation, florida  33324 | 6880 | first and second mortgages on Debtor's principal residence 12500 NW 11 Lane, Miami, Florida   33182 last four digits 2nd mortgage 1209 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☒ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay    $111.31    /month (Months   1   to  60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:    ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII. NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| GUSTAVO ANGARITA | | YADIRA ANGARITA | |

Richard Siegmeister, Esquire    5/23/2019
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**