**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ FIFTH _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: GUSTAVO ANGARITA   JOINT DEBTOR: YADIRA ANGARITA   CASE NO.: 14-36584-BKC-LMI

SS#: xxx-xx-0171   SS#: xxx-xx-9559

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,492.06 for months 1 to 53 ;
2. $351.46 for months 53 to 60 ;
3. $0.00 for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: | $5380.00 | Total Paid: | $3500.00 | Balance Due: | $1880.00 |
|---|---|---|---|---|---|
| Payable | $31.33 | /month (Months 1 to 60) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor fees for representing debtor $3,500.00
Mortgage Modification fees subject to court approval of debtor's plan $1,880.00
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Seterus, Inc.
   Address: P.O. Box 11790
   Richmond, VA 23286

   Arrearage/ Payoff on Petition Date   MMM
   MMM TPP Temporary Payment   $2,182.75 /month (Months 1 to 53 )

   Last 4 Digits of Account No.:   2416

Other: Claim No 6 - Trial modification debtor is paying directly to creditor.

☒ Real Property                                Check one below for Real Property:
   ☐ Principal Residence                       ☒ Escrow is included in the regular payments
   ☒ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3021 S.W. 154 Place
Miami, Florida   33185

☐ Personal Property/Vehicle

Description of Collateral: single family house

2. Creditor: Venetian Isles Master Association
             c/o Jeffrey Berkowitz, Esquire

   Address: 201 Alhambra Circle,          Arrearage/ Payoff on Petition Date   $10,000.00
            Eleventh Floor
            Coral Gables, Florida         Regular Payment (Maintain)           $166.67   /month (Months  1  to  60 )
            33134

Last 4 Digits of
Account No.: _____

Other: Claim No. 5

☒ Real Property                                Check one below for Real Property:
   ☐ Principal Residence                       ☐ Escrow is included in the regular payments
   ☒ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3021 S.W. 154 Place
Miami, Florida   33185

☐ Personal Property/Vehicle

Description of Collateral: Single Family House

B. **VALUATION OF COLLATERAL:**  ☒ NONE

C. **LIEN AVOIDANCE**  ☐ NONE

   ☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1. Creditor: Real Time Solutions, Inc., as agent for the       Collateral: 12500 SW 154 Street, Miami,
             Bank of New York Mellon F/K/A The                              Florida   33185
             Bank of New York, as successor to
             JPMorgan Chase Bank, N.A., as Trustee              Exemption: _____
             for Certificate Holders of CWHEQ
             Revolving Home Equity Trust, Series 206-
             E

   Address: 1349 Empire Central Drive, Suite 150
            Dallas, Texas   75217

Last 4 Digits of Account No.:  2229

2. Creditor: _____                                         Collateral: _____

   Address: _____                                          Exemption: _____

Last 4 Digits of Account No.: _____

- D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☒ NONE

- E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☐ NONE
  - ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

    | | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
    |---|---|---|---|
    | 1. | JPMorgan Chase Bank, N.A. c/o Kahane & Associates, P.A. 8201 Peters Road, Ste 3000 Plantation, florida 33324 | 6880 | first and second mortgages on Debtor's principal residence 12500 NW 11 Lane, Miami, Florida 33182 last four digits 2nd mortgage 1209 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
- B. **INTERNAL REVENUE SERVICE:** ☒ NONE
- C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE
- D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

- A. Pay $111.31 /month (Months 1 to 60 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

- C. **SEPARATELY CLASSIFIED:** ☒ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
  - ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| GUSTAVO ANGARITA | | YADIRA ANGARITA | |

Richard Siegmeister, Esquire    3/16/2020
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**